**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

JAMES MELVIN CRAMER,

        Plaintiff,

vs.                                                    Case No. 3:13-cv-262-J-39JRK

DOCTOR CHRISTOPHER BEISER, et al.,

        Defendants.

**ORDER**

1. The stay of the case is lifted.

2. The Clerk shall reopen the case.

3. The Court previously determined that counsel should be appointed for Plaintiff. See Order (Doc. 73). Although there is no Constitutional or statutory right to appointment of an attorney in this case, the Court, pursuant to the Jacksonville Division Civil Pro Bono Appointment Program, has determined that the appointment of counsel for Plaintiff is appropriate. Jeffrey H. Klink, Esquire, is appointed as counsel for Plaintiff for the limited purpose of settlement discussions and/or conference/mediation. Appointed counsel should promptly acknowledge this appointment by filing a notice of appearance and beginning the representation. If necessary, counsel may seek reasonable extensions of any currently pending case deadlines.

Pursuant to the cost reimbursement program, the appointed attorney is permitted to be reimbursed for certain costs incurred during the representation. A form explaining the

allowable costs and the procedure for obtaining reimbursement is available on the Court's website www.flmd.uscourts.gov.

The Court appreciates the service of appointed counsel.

**DONE AND ORDERED** at Jacksonville, Florida this 5th day of January, 2017.

　　　　　　　　　　　　　　　　　/s/ Brian J. Davis
　　　　　　　　　　　　　　　　　BRIAN J. DAVIS
　　　　　　　　　　　　　　　　　United States District Judge

Copies:
James Melvin Cramer
Counsel of Record
Jeffrey H. Klink, Esquire
USCA